# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MAURICE JILES,

    Petitioner,

vs.

BRIAN E. WILLIAMS, *et al.*,

    Respondents.

Case No. 2:13-cv-00422-GMN-CWH

**ORDER**

This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by a Nevada state prisoner. Petitioner has filed a motion for clarification in which he seeks the status of this case. (ECF No. 22). Petitioner is informed that respondents have filed an answer to the petition and petitioner has filed a response to the answer. (ECF Nos. 20 & 21). No further action is needed at this time. An order resolving the merits of this case will be issued in due course.

**IT IS THEREFORE ORDERED** that petitioner's motion for clarification (ECF No. 22) is **GRANTED** to the extent that the Court has responded to his request for status.

Dated this   23   day of March, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Court